UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

BATTERY ON THE GO, INC. d/b/a XSORii, Case No. 1:15-CV-21973-DPG

Plaintiff,

v.

DISNEY DESTINATIONS, LLC and
WALT DISNEY PARKS AND RESORTS, U.S., INC.,

Defendants.
_______________________________________/

**CERTIFICATE OF INTERESTED PARTIES**
**AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Battery on the Go, Inc., by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order dated October 9, 2015 [DE 27], hereby submits this Certificate of Interested Parties and Corporate Disclosure Statement, and states:

1. Plaintiff Battery on the Go, Inc. has no subsidiaries, conglomerates, affiliates, or parent corporations, and there are no identifiable legal entities related to Plaintiff that have a financial interest in this case.

2. No publicly held corporation owns 10% of more of Plaintiff Battery on the Go, Inc.

3. The individuals possessing an interest in this action or who will be active participants in this action are:

a. Plaintiff Battery on the Go, Inc.;

b. Anthony Sasso, the President of Plaintiff Battery on the Go, Inc.;

c. Zarco, Einhorn, Salkowski & Brito, P.A.;

d. Robert Zarco, Attorney for Plaintiff Battery on the Go, Inc.;

e. Alejandro Brito, Attorney for Plaintiff Battery on the Go, Inc.;

f. Gabriel Estadella, Attorney for Plaintiff Battery on the Go, Inc.;

g. Defendant Disney Destinations, LLC;

h. Defendant Walt Disney Parks and Resorts, U.S., Inc.;

i. Gregory Herbert, Attorney for Defendants;

j. Jerry Dean Hamilton, Attorney for Defendants;

k. Joshua Brown, Attorney for Defendants;

l. Marlene Koch Silverman, Attorney for Defendants; and

m. Disney Shopping, Inc.

Dated: October 23, 2015

Respectfully submitted,

**ZARCO EINHORN SALKOWSKI & BRITO, P.A.**
*Counsel for Plaintiff*
Miami Tower
100 S.E. 2nd Street, 27th Floor
Miami, Florida 33131
Telephone (305) 374-5418
Facsimile (305) 374-5428

By: s/ Gabriel Estadella
**ROBERT ZARCO** (502138)
rzarco@zarcolaw.com
**ALEJANDRO BRITO** (098442)
abrito@zarcolaw.com
**GABRIEL ESTADELLA** (032094)
gestadella@zarcolaw.com

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on counsel for Defendants via the Court's ECF system on October 23, 2015.

s/ Gabriel Estadella
Gabriel Estadella